Law Offices of
# Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

May 7, 2019

Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas St
White Plains, NY 10601

RE:    Kay Kyungui Lee fka Kyung Lee
        Chapter 7
        Case Number: 19-22226-RDD
        SD&B File Number: 19-079369

Dear Judge Drain:

This letter confirms that the Motion for Relief from Stay filed in the above bankruptcy case by U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1 scheduled for June 28, 2019 at 10:00 a.m. along with the hearing on the Objection to the Debtor's Request for Loss Mitigation have been adjourned to July 2, 2019 at 10:00 AM.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

_/s/Shari Barak
_____
Shari S. Barak